**Order filed October 04, 2011**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-10-00440-CR**
**NO. 14-10-00441-CR**
_____

**SIR JOSHTON STA VOHN MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1212862 and 1212863**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **States exhibits 16 and 57.**

The clerk of the 185th District Court is directed to deliver to the Clerk of this court the original of States exhibits 16 and 57, on or before **October 12, 2011.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of States exhibits 16 and 57, to the clerk of the 185th District Court.

PER CURIAM